UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFREY PAUL GIBLIN,<br><br>               Plaintiff,<br><br>  v.<br><br>RONALD HAYNES,<br><br>               Defendant. | CASE NO. 3:22-cv-5599 MJP-DWC<br><br>ORDER ADOPTING THE REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's federal habeas Petition is dismissed with prejudice.

(3) A certificate of appealability is denied in this case.

(4) The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent, and to the Hon. David W. Christel.

//

The clerk is ordered to provide copies of this order to all counsel.

Dated March 7, 2023.

Marsha J. Pechman
United States Senior District Judge